# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| LARRY WALKER, | ) |
| PLAINTIFF, | ) |
| v. | ) No. 05-2780-M1/P |
| METAL MANAGEMENT, INC. | ) |
| DEFENDANT. | ) |

## ORDER GRANTING ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

This cause is before the Court on the Motion of Defendant for an enlargement of time until and including December 5, 2005, to answer or otherwise respond to the Complaint filed by Plaintiff, reserving all defenses. Counsel for Defendant has represented to the Court that Plaintiff has no objection to the relief requested in this Motion. Having considered the motion papers and the entire record in this cause, the Court is of the opinion that the Motion should be granted.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-30-05



WHEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant shall have an extension of time until and including December 5, 2005, in which to answer or otherwise respond to Plaintiff's Complaint.  This Order does not waive any of Defendant's rights or defenses, including those contained in Fed. R. Civ. P. 12.

_____
Tu M. Pham
U.S. Magistrate Judge

Date: November 29, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:05-CV-02780 was distributed by fax, mail, or direct printing on November 30, 2005 to the parties listed.

---

Jeff Weintraub
WEINTRAUB STOCK & GRISHAM
1715 Aaron Brenner Dr.
Ste. 512
Memphis, TN 38120

Mark Vorder-Bruegge
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Jacqueline Singh
Weintraub, Stock & Grisham
1715 Aaron Brenner Drive
Suite 512
Memphis, TN 38120

Kim Koratsky
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Honorable Jon McCalla
US DISTRICT COURT