FILED BY ___ D.C.

05 DEC 12  AM 10: 42

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| LARRY WALKER,            )<br>                          )<br>     Plaintiff,         )<br>                          )<br>v.                        )<br>                          )<br>METAL MANAGEMENT, INC.,   )<br>                          )<br>     Defendant.          )<br>                          ) | No. 05-2780 M1 |

## ORDER SETTING TRIAL AND PRETRIAL DATES

Pursuant to Local Rule 72.1(f), a Rule 16(b) Scheduling Order was entered on December 6, 2005 by United States Magistrate Judge Tu M. Pham. In accordance with the deadlines established in that order, the trial and pretrial dates are set as follows before the District Court:

1. The non-jury trial in this matter, which is anticipated to last three (3) days, is set to begin <u>Monday, December 18, 2006 at 9:30 a.m.</u> in courtroom no. 4.

2. A pretrial conference is set for <u>Monday, December 11, 2006 at 8:45 a.m.</u>

3. The joint pretrial order is due by no later than 4:30 p.m. on <u>December 4, 2006</u>.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-12-05

(19)

Absent good cause, the dates established by this order shall not be extended or modified.

IT IS SO ORDERED this ⟋2 day of December, 2005.

*/s/ Jon P. McCalla*
JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE


# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:05-CV-02780 was distributed by fax, mail, or direct printing on December 12, 2005 to the parties listed.

---

Jeff Weintraub
WEINTRAUB STOCK & GRISHAM
1715 Aaron Brenner Dr.
Ste. 512
Memphis, TN 38120

Kim Koratsky
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Jacqueline Singh
Weintraub, Stock & Grisham
1715 Aaron Brenner Drive
Suite 512
Memphis, TN 38120

Mark Vorder-Bruegge
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Honorable Jon McCalla
US DISTRICT COURT